# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Martinenko v. 212 Steakhouse, Inc.      Docket No.: 24-3262

Lead Counsel of Record (name/firm) or Pro se Party (name): Jonathan W. Greenbaum, Coburn Greenbaum & Eisenstein PLLC

Appearance for (party/designation): 212 Steakhouse, Inc. and Nikolay Volper  Appellants

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
- [✓] Correct
- [ ] Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
- [✓] Correct
- [ ] Incorrect. The following parties do not wish to participate in this appeal:
  Parties: _____
- [ ] Incorrect. Please change the following parties' designations:
  Party                              Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
- [✓] Correct
- [ ] Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" scr

Name: Jonathan W. Greenbaum
Firm: Coburn Greenbaum & Eisenstein, PLLC
Address: 1710 Rhode Island Avenue, NW, 2nd Floor, Washington, DC  20036
Telephone: 202.744.5003      Fax: 866.561.9712
Email: jg@coburngreenbaum.com

## RELATED CASES

- [✓] This case has not been before this Court previously.
- [ ] This case has been before this Court previously. The short title, docket number, and citation are:_____
- [ ] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that ([✓]) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ([ ]) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: Jonathan W. Greenbaum
Type or Print Name: _Jonathan Greenbaum_
    OR
Signature of pro se litigant: _____
Type or Print Name: _____
- [ ] I am a pro se litigant who is not an attorney.
- [ ] I am an incarcerated pro se litigant.