UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

Nino Martinenko, on behalf of herself
and others similarly situated,

    Plaintiff-Counter-Defendant-Appellee,

Dagmara Maja Huk,

    Plaintiff-Appellee-Cross-Appellant,

        -against-

212 Steakhouse, Inc., and
Nikolay Volper,

Defendants-Counter-Claimants-Appellants-Cross-Appellees.

Docket No.: 24-3262(L), 24-3263(XAP)

**FILED IN CAMERA AND
UNDER SEAL**

_____

**DECLARATION OF COUNSEL**

[redacted]





Dated: February 20, 2025                    Respectfully submitted,

/s/ Jonathan Greenbaum
Jonathan W. Greenbaum
Coburn, Greenbaum, & Eisenstein, PLLC
Second Floor
1710 Rhode Island Avenue, NW
Washington, DC. 20036
Telephone:  202.744.5003
Facsimile:  86.561.9712
Email:  jg@coburngreenbaum.com
*Attorney for Defendants 212 Steakhouse Inc., and Nikolay Volper*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing will be served upon all counsel of records via ECF, and upon Defendants 212 Steakhouse Inc., and Nikolay Volper via email and regular mail, this 20th day of February 2025.

/s/ Jonathan Greenbaum
Jonathan W. Greenbaum