# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of March, two thousand twenty-five.

Before:    Sarah A. L. Merriam,
                 *Circuit Judge.*

---

Nino Martinenko, on behalf of herself and others similarly situated,

    Plaintiff-Counter-Defendant-Appellee,

Dagmara Maja Huk,

    Plaintiff-Appellee-Cross-Appellant,

v.

212 Steakhouse, Inc., Nikolay Volper,

    Defendants-Counter-Claimants-Appellants-Cross-Appellees.

**ORDER**

Docket Nos. 24-3262(L), 24-3263(XAP)

---

Jonathan W. Greenbaum moves to withdraw as counsel for Appellants-Cross-Appellees, for leave to file his supporting declaration under seal and in camera, and to stay this appeal for 30 days to allow Appellants-Cross-Appellees to retain new counsel.

The motion to file the affidavit of counsel under seal is GRANTED.

Counsel have presented an adequate basis for withdrawal. Accordingly, the motion to withdraw is GRANTED.

As a corporation, 212 Steakhouse, Inc., can defend this appeal only through counsel. It cannot represent itself, nor can it be represented by Volper unless he is an attorney admitted to practice in this Court. *See Pecarsky v. Galaxiworld.com Ltd.*, 249 F.3d 167, 172 (2d Cir. 2001). "A corporation may not appear in federal court *pro se,* and default may enter against a corporate defendant that fails to defend itself in the action by retaining counsel." *Kaplan v. Bank Saderat PLC*, 77 F.4th 110, 116 n.8 (2d Cir. 2023).

212 Steakhouse, Inc., must therefore obtain new counsel in order to proceed with this appeal. Counsel must file an appearance on behalf of 212 Steakhouse, Inc., within 30 days of this Order.

This matter is STAYED for a period of 30 days from the date of this Order.

> For the Court:
> Catherine O'Hagan Wolfe,
> Clerk of Court