## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Nina Martinenko v. 212 Steakhouse, Inc. and Nikolay Volper**   Docket No.: **24-3262**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Jeffrey Benjamin, Esq.**

Firm: **The Linden Law Group, P.C.**

Address: **250 Park Avenue, 7th Floor, New York NY 10177**

Telephone: **(212) 655-9536**   Fax:

E-mail: **jbenjamin@nyfraudlaw.com**

Appearance for: **Appellants**
(party/designation)

Select One:

[ ] Substitute counsel (replacing lead counsel:_____)
(name/firm)

[ ] Substitute counsel (replacing other counsel:_____)
(name/firm)

[✓] Additional counsel (co-counsel with:_____)
(name/firm)

[ ] Amicus (in support of:_____)
(party/designation)

### CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **November 8, 2024**   OR

[ ] I applied for admission on _____.

Signature of Counsel: _/s/ Jeffrey Benjamin_

Type or Print Name: **Jeffrey Benjamin, Esq.**