UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

---------------------------------------------------------------X   Docket No: 24-3262

NINA MARTINENKO,

           Respondent,

**Affirmation in Support Extension of Time to File Appellant's Brief**

-against-

212 STEAKHOUSE, INC. and NIKOLAY VOLPER,

           Appellants.
---------------------------------------------------------------X

    JEFFREY BENJAMIN, ESQ. an attorney duly licensed to practice law in the Courts of New York State, hereby affirms as follows under penalties of perjury:

1. Affirmant is a member of The Linden Law Group, P.C., attorneys for Appellants 212 STEAKHOUSE, INC. and NIKOLAY VOLPER, in the above referenced appeal. This Affirmation is submitted in support of Appellants' motion for a 60-day extension of time in which to file their initial Brief.

2. This appeal arises from the District Court's certification of a class under the New York wage-hour laws and the Fair Labor Standards Act for *inter alia* paying tipped employees a tip credit without providing a written notice required under the FLSA and New York labor law; and failing to pay tipped employees an overtime premium for work over 40 hours in a workweek.

3. The main basis for the request are the recent trial, deposition and other appeal schedules and deadlines of the undersigned making it difficult to fully research, write the Brief to its completion in the time allotted. Another basis is a motion that is currently being made by Appellant in the District Court.

4. This is Appellant's first request for an extension of time.

1

5. Opposing counsel has not consented to this request.

6. The instant request is for a 60 day extension from the current deadline of May 14, 2025 to July 14, 2025.

WHEREFORE Appellant respectfully requests a first extension of time to file Appellant's Brief until July 14, 2025, together with such other and further relief as this Court may deem just and proper.

Dated:   May 7, 2025
         New York, New York

Yours, etc.

THE LINDEN LAW GROUP, P.C.

*Jeffrey Benjamin*

By: Jeffrey Benjamin, Esq.
*Attorneys for Appellant*
250 Park Avenue, 7th Floor
New York, New York 10177
(212) 655-9536